# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**
*Page 1 of 1*
*16-Nov-2023*

**Customer**
CORINNE'S PLACE
1254 HADDON AVENUE

CAMDEN, NJ  08103

| Account# | Total Due | Current |
|---|---|---|
| CORIN100 | $9,794.19 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $9,794.19 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2026334 | 28-Sep-22 | 28-Sep-22 | IN | $1,259.57 | $1,259.57 | Delinquent | |
| 2026558 | 7-Oct-22 | 7-Oct-22 | IN | $1,136.56 | $1,136.56 | Delinquent | |
| 2026704 | 14-Oct-22 | 14-Oct-22 | IN | $874.28 | $874.28 | Delinquent | |
| 2026839 | 21-Oct-22 | 21-Oct-22 | IN | $1,203.36 | $1,203.36 | Delinquent | |
| 2027009 | 28-Oct-22 | 28-Oct-22 | IN | $929.62 | $929.62 | Delinquent | |
| 2027269 | 9-Nov-22 | 9-Nov-22 | IN | $1,598.18 | $1,598.18 | Delinquent | |
| 2027474 | 16-Nov-22 | 16-Nov-22 | IN | $75.58 | $75.58 | Delinquent | |
| 2027445 | 17-Nov-22 | 17-Nov-22 | IN | $1,157.78 | $1,157.78 | Delinquent | |
| 2027489 | 18-Nov-22 | 18-Nov-22 | IN | $1,559.26 | $1,559.26 | Delinquent | |