# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |
| Tri-State Paper, Inc., | Adversary No. 23-00093-pmm |
| Plaintiff, | |
| v. | |
| Corinne's Place, Inc., | |
| Defendant. | |

## Certificate of Service

I, Michael A. Cibik, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today by regular, first-class United States mail, postage pre-paid, addressed to:

Corinne Bradley Powers
Corinne's Place, Inc.
1254 Haddon Avenue
Camden, NJ 08103

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 27, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com