*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>　　Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff<br><br>v.<br><br>Corinne's Place, Inc.<br>Defendant | Adversary No. 23−00093−pmm |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

　　AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

　　ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri-State Paper, Inc. and against Defendant, Corinne's Place, Inc. in the amount of Nine Thousand Seven Hundred Ninety Four Dollars and Nineteen Cents. ($9,794.19) plus court filing costs in the amount of Three Hundred Fifty Dollars.($350.00), for a total of Ten Thousand One Hundred Forty Four Dollars and Nineteen Cents ($10,144.19) sum certain.

Date: February 9, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court