United States Bankruptcy Court

Eastern District of Pennsylvania

Tri-State Paper, Inc.,
    Plaintiff

Adv. Proc. No. 23-00093-pmm

Corinne's Place, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2024 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Corinne's Place, Inc., 1254 Haddon Avenue, Camden, NJ 08103-3123 |
| pla | | Tri-State Paper, Inc., 4500 N 3rd St, Philadelphia, PA 19140-1502 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 04 2024 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2024 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 04 2024 00:47:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 03, 2024 | Form ID: pdf900 | Total Noticed: 5

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
Tri-State Paper, Inc.,                              :        Chapter 11
                                                    :
            Debtor.                                 :        Bky. No. 23-13237 (PMM)
_____                     :

**OMNIBUS ORDER REOPENING NINE (9) ADVERSARY PROCEEDINGS, GRANTING RELIEF, AND RE-CLOSING ADVERSARY PROCEEDINGS**

**AND NOW**, upon consideration of the Debtor's Motions to Compel Discovery (the "Motions"), filed separately in each of nine (9) Adversary Proceedings (as listed in the footnote to this Order, collectively the "Adversary Proceedings");[1]

AND the Motions seeking to compel discovery from each of the Adversary Proceeding Defendants against whom judgment has previously been entered;

AND the Adversary Proceedings each having been closed following the entry of judgment against the Defendants;

AND upon a determination that the relief requested in the Motions is warranted;

It is hereby **ordered** that:

1) The Adversary Proceedings are **re-opened** for the purpose of determining the Motions;

2) The Motions are **granted**;

---

1 This Order resolves the Motions to Compel Discovery in each of the following nine (9) Adversary Proceedings:
- 23-73 Tri State v. Bowling Green, Inc. (doc. #13)
- 23-80 Tri State v. Del Rossi's Cheesesteak Co., LLC (doc. #13)
- 23-82 Tri State v. Meglio, Inc. (doc. #18)
- 23-83 Tri State v. M and F, LLC (doc. #13)
- 23-86 Tri State v. Pizza Port, Inc. (doc. #13)
- 23-87 Tri State v.Nonna Rosa III, LLC (doc. #14)
- 23-93 Tri State v. Corinne's Place, LLC (doc. #15)
- 23-96 Tri State v. Holy Tomato, LLC (doc. #15)
- 23-97 Tri State v. Johny's Pizza of Cherry Hill, LLC (doc. #19)

3) Within fourteen (14) days of entry of the Order, the Defendants in each of the Adversary Proceedings must respond to the Plaintiff's Interrogatories; and

4) Upon entry of this Order granting relief, the Adversary Proceedings shall be **re-closed**.

Date:  6/3/24

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**